IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04032-FJG-1 |
| | ) | |
| Nathan Louis St. Cyr, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #25 filed on October 31, 2012), to which no objection has been filed, the plea of guilty to Count 1 of the Indictment which was filed on April 25, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated: November 26, 2012
Kansas City, Missouri